feb. 13. 2007

U.S.D.C. for the District of Columbia

Motion To Expedite

Case: 1:07-cv-00518
Assigned To : Unassigned
Assign. Date : 03/19/2007
Description: ERIC R. HILL V. RICK V. VEACH, WARDEN

Eric Rodney Hill 17477-016 suffers from the brain disease epilepsy grand-mal seizures the worst and most violent, F.C.I. Terre Haute has denied Eric Hill the right to see a neurologist.

Inmate Eric Rodney Hill 17477-016 suffers from chronic Hepatitis-C type 2 which is one of the top five fatal diseases to have and when not treated it is a deadly one.

The medical staff here at Terre Haute has denied Eric R. Hill the medications interferon, Ribavirin and Eric Hill is being denied a liver biopsy, the Hepatitis has turn to cancer.

Please give the petitioner Eric Rodney Hill a fighting chance at life

Both penitentiarys have denied Eric Rodney Hill medical treatment

3

**U.S. Department of Justice**
**Federal Bureau of Prisons**

**United States Penitentiary - Big Sandy**

```
P.O. Box 2067
Inez, KY 41224
```

December 16, 2005

**MEMORANDUM FOR HILL, ERIC**
**REG #17477-016**

**FROM:** Suzanne R. Hastings, Warden

**SUBJECT:** Inmate Request to Staff Response

This is in response to your Inmate Request to Staff dated December 8, 2005, in which you state you have a bullet in the C-1 section of your spine and request a skull x-ray to see the direction it is moving, you have epilepsy and are waiting to see a neurologist, and you suffer from positive hepatitis C.

Investigation into the matter reveals that you have epilepsy and hepatitis C and are being monitored in chronic care clinic. Your last clinic visit was November 10, 2005. You are on anti-seizure medication called dilantin. Your medical records make no mention of a bullet lodged in the C-1 section of your spine. On November 16, 2005, you had an MRI and no artifacts, such as a bullet, were seen. The result of your brain MRI was negative. You are scheduled to see a neurologist for an evaluation of your epilepsy. Due to security, the date and time cannot be divulged. A review of your liver enzymes shows that the last liver enzymes done in September 20, 2005, were in the normal value range. The mission of the Health Services at USP Big Sandy is to provide health care to inmates in accordance with proven standards of care without compromising public safety concerns inherent to the agency's overall mission.

I hope this addresses your concerns.

2



UNITED STATES GOVERNMENT
# MEMORANDUM
Federal Correctional Complex
Terre Haute, Indiana

**DATE:** September 25, 2006

**REPLY TO ATTN. OF:** *Wendy J. Roal* Wendy J. Roal, Associate Warden

**SUBJECT:** Inmate Request to Staff Member

**TO:** Hill, Eric Register No. 17477-016

This is in response to your Inmate Request to Staff Member dated September 18, 2006, in which you request to have an X-ray of your skull.

On August 31, 2006, you were seen by the Physician Assistant (PA) complaining of more frequent and worsening seizures, claiming incontinence due to pain, and requesting a stronger prescription for pain due to the abscess site on your left thigh and issues with the bullet still lodged in your skull. The PA submitted an X-ray order of your skull on August 31, 2006. Your X-ray was completed on September 22, 2006.

You may address any other medical concerns you have to the Physician Assistant through sick-call procedures.

U.S. Penitentiary P.O. Box 12015
Terre Haute, Indiana 47801

# There will be a Memorial Worship Service for Inmate Bruce Yates Sunday October 1, 2006. Noon at the Chapel All are welcome to attend.

Inmate Bruce Yates died due to complications from chronic Hepatitis-C, also he had the brain disease epilepsy grand-mal seizures.

DOUG UPTON
Chaplain DU

Inmate Eric R. Hill 17477-016 suffers from chronic Hepatitis-C, also Mr. Hill has the brain disease epilepsy grand-mal seizures.