UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

MAR 19 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ERIC RODNEY HILL, )
)
Petitioner, )
)
v. )
)   Case: 1:07-cv-00518
)   Assigned To : Unassigned
)   Assign. Date : 03/19/2007
RICK V. VEACH, Warden, )   Description: ERIC R. HILL V. RICK V. VEACH, WARDEN
)
Respondent. )
)

### TRANSFER ORDER

This matter comes before the Court on review of a *pro se* petition for writ of habeas corpus and a motion to proceed *in forma pauperis*. Petitioner is incarcerated at the Federal Correctional Institution in Terre Haute, Indiana.

Habeas corpus jurisdiction resides only in the district court where the prisoner is incarcerated *Rumsfeld v. Padilla*, 542 U.S. 426, 433 (2004). The warden where the petitioner resides is the custodian for purposes of habeas jurisdiction. *Stokes v. U.S. Parole Comm'n*, 374 F.3d 1235, 1238 (D.C. Cir. 2004); *Blair-Bey v. Quick*, 151 F.3d 1036, 1039 (D.C. Cir. 1998). Accordingly, it is

**ORDERED** that the case is **TRANSFERRED** to the United States District Court for the Southern District of Indiana. Whether petitioner should be permitted to proceed *in forma pauperis* is a matter to be decided by the transferee court.

DATE: 3/8/07

United States District Judge